**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| BRITTANY WILLIAMS,<br><br>Plaintiffs,<br><br>v.<br><br>UPSTREAM USA, *its affiliates, and other related entities, under any name by which they are known*,<br><br>Defendants. | : | Case No.: 1:26-cv-00883-GBW<br><br>TRIAL BY JURY OF TWELVE DEMANDED |

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED Counsel's Motion for Admission *pro hac vice* of Laura H. Corvo to represent Defendant Upstream USA, *its affiliates, and other related entities, under any name by which they are known* in this action is GRANTED.

[signature]

United States District Judge

Dated: 10/9/2026