White and Williams LLP

**Rochelle L. Gumapac**

600 N. King Street, Suite 800 | Wilmington, DE 19801-3722
Direct 302.467.4531 | Fax 302.467.4559
gumapacr@whiteandwilliams.com | whiteandwilliams.com

November 13, 2026

**VIA ECF**

Hon. Gregory B. Williams, U.S.D.J.
J. Caleb Boggs Federal Building
844 N. King Street, Unit 26, Rm. 6124
Wilmington, DE 19801-3555

**RE: Brittany Williams v. Upstream USA**
**1:26-CV-00883-GBW**

Dear Judge Williams:

This Firm represents defendant Upstream USA ("Defendant or "Upstream") in the above-referenced matter. Pursuant to the Court's October 13, 2026 Oral Order, the parties have met and conferred and agreed to the attached joint proposed Scheduling Order. There are no issues that the court needs to address in the proposed Scheduling Order and the parties jointly request that the Court enter the attached proposed Scheduling Order.

Thank you for your consideration of this matter.

Respectfully,

WHITE AND WILLIAMS LLP

Rochelle Gumapac

Rochelle L. Gumapac

RLG:df
Enclosure

cc: gbw_civil@ded.uscourts.gov
Zuneera Masood, Esq. (counsel for Plaintiff) (via ECF)
Emery Abdel-Latif, Esq. (counsel for Plaintiff) (via ECF)